[No. 33482-4-I.     Division One.     December 27, 1994.]

GEORGE A. HAMMER, *Appellant*, v. CLINT CHRISTIAN, *Respondent*.

CLINT A. CHRISTIAN, *Respondent*, v. GEORGE HAMMER, ET AL, *Appellants*.

Appeal from judgments of the Superior Court for Snohomish County, Nos. 90-2-05549-1, 91-2-01128-0, David F. Hulbert, J., entered September 27, 1993. *Affirmed* by unpublished opinion per Pekelis, C.J., concurred in by Baker and Kennedy, JJ.

[No. 12273-5-III.     Division Three.     December 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER LAWRENCE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 91-1-50072-9, Carolyn A. Brown, J., entered March 3, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 33485-9-I.     Division One.     December 30, 1994.]

MOHANDESSI AND ASSOCIATES, *Appellant*, v. SHIDFAR AMIRKIA, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-12120-6, Larry A. Jordan, J., entered September 9, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Pekelis, C.J., and Agid, J.